SUPERB CUISINE, INC., Appellant,

v.

The Honorable Arthur E. McLEOD, Excise Commissioner, Respondent.

No. 45900.

Missouri Court of Appeals, Eastern District, Division Three.

June 28, 1983.

Larry W. Glenn, St. Louis, for appellant.

Jack Morton, Asst. City Counselor, St. Louis, for respondent.

## ORDER

PER CURIAM.

This is an appeal from the judgment of the circuit court which affirmed respondent's decision to cancel appellant's liquor license. Judgment affirmed. Rule 84.-16(b).